FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

### COMPLAINT

Nobles
(Last Name)        (Identification Number)

Tracie              Dynell
(First Name)        (Middle Name)

_____
(Institution)

2109 Jesse Hall Mem. Rd A Block Magnolia, MS 39652
(Address)

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB -9 2024
ARTHUR JOHNSTON
BY _____ DEPUTY

V.        CIVIL ACTION NUMBER: 5:24cv10-KSBWR
                                (to be completed by the Court)

McComb Police Department

Officer Leggett

_____

_____
(Enter the full name of the defendant(s) in this action)

### GENERAL INFORMATION

A.  At the time of the incident complained of in this complaint, were you incarcerated?
    Yes ( )    No (X)

B.  Are you presently incarcerated?
    Yes (X)    No ( )

C.  At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
    Yes ( )    No (X)

D.  Are you presently incarcerated for a parole or probation violation?
    Yes ( )    No (X)

E.  At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes ( )    No (X)

F.  Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
    Yes ( )    No (X)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Tracie Nobles          Prisoner Number: _____

   Address: 2109 Jesse Hall Mem. Rd
            A Block
            Magnolia, MS 39652

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Officer Leggett          is employed as police officer
                                    at McComb Police Department

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME:                           ADDRESS:
Tracie Nobles                   2109 Jesse Hall Mem. Rd A Block Magnolia, MS 39652


DEFENDANT(S):

NAME:                           ADDRESS:

McComb Police Department        501 Beech St McComb MS 39648
Officer Leggett                 501 Beech St. McComb MS 39648

**OTHER LAWSUITS FILED BY PLAINTIFF**

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes ( )   No (X)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
1. Parties to the action: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

CASE NUMBER 2.
1. Parties to the action: N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) N/A

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Officer Leggett responded to a call requesting an ambulance, I was inside sleeping. He arrested me for aggravated domestic violence on no evidence but his word, which was a lie. He stated people told him there was an assault with a baseball bat but that is not true. This was an illegal search and seizure of my person. There were no witnesses called but himself and he lied about the incident. There was no victim or witnesses I am still being held on excessive bond $150,000. I currently have no attorney or court dates. Officer Leggett and his employers McComb Police Department are responsible for violations of my rights.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

I would like compensation for violations of my rights and also exemplary damages so this doesn't happen to anyone else.

Signed this 5 day of February, 2024.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Signature of plaintiff