IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**TRACIE DYNELL NOBLES**                                     **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO. 5:24-cv-00010-DCB-BWR**

**OFFICER LEGGETT**                                       **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order issued this date and incorporated herein by reference,

**IT IS, HEREBY, ORDERED AND ADJUDGED** that this civil action is **DISMISSED WITHOUT PREJUDICE** under Federal Rule of Civil Procedure 4(m) for Plaintiff Tracie Dynell Nobles' failure to provide a valid address for service of process.

**SO ORDERED**, this 6th day of December, 2024.

                                                       s/David Bramlette
                                                       UNITED STATES DISTRICT JUDGE